DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## LOWDER v. ALL STAR MILLS

No. 38P85.

Case below: 71 N.C. App. 809.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 2 April 1985.

## PITTMAN v. FIRST PROTECTION LIFE INS. CO.

No. 148P85.

Case below: 72 N.C. App. 428.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

## SAWYER v. CARTER

No. 705P84.

Case below: 71 N.C. App. 556.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 April 1985.

## SHELTON v. FAIRLEY

No. 36P85.

Case below: 72 N.C. App. 1.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 April 1985.

## SMITH v. WATSON

No. 40P85.

Case below: 71 N.C. App. 351.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.